# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

OMAR A. TURCIOS ALEMAN,

        Plaintiff,

        v.

SIX UNKNOWN NAMES AGENTS, et al.,

        Defendants.

_____/

Case No.  1:13-cv-01834-LJO-GSA- PC

ORDER DISMISSING ACTION AND DIRECTING CLERK'S OFFICE TO SEND COURTESY COPY TO YOUNG YIL JO

(Doc. 1.)

On November 13, 2013, Young Yil Jo filed a civil rights complaint, purportedly on behalf of Omar A. Turcios Aleman.[1]  Mr. Jo is not an attorney and he is precluded from filing cases on the behalf of anyone but himself.  <u>Johns v. County of San Diego</u>, 114 F.3d 874, 877 (9th Cir. 1997); <u>C. E. Pope Equity Trust v. United States</u>, 818 F.2d 696, 697 (9th Cir. 1987).

This action is HEREBY ORDERED DISMISSED.  Given the Court's inability to serve the order on Mr. Aleman, the Clerk's Office shall serve a copy of this order on Young Yil Jo, #01183-112, Etowah County Jail, 827 Forrest Ave., Gadsen, AL, 35901.

IT IS SO ORDERED.

Dated:   __**November 13, 2013**__          __**/s/ Lawrence J. O'Neill**__
                                             UNITED STATES DISTRICT JUDGE

---

[1] The complaint is not signed and it sets forth no intelligible claims for relief.  No address is provided for Mr. Aleman.